IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>    Defendant. | Case No. 3:14-cv-5022 SC<br><br>ORDER ON CONTINUANCE OF <u>MOTION TO DISMISS</u> |
| This Order Relates To:<br><br>MOTION FOR CONTINUANCE RELATING TO MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR DAMAGES | |

The Court now turns to a Request for Continuance of Motion to Dismiss, filed by Plaintiff on August 1, 2015, ECF No. 30. A timely objection thereto was filed on August 3, 2015, ECF No 31.

The Court, having been otherwise engaged, failed to notify Plaintiff of its displeasure prior to the August 4, 2015 date on which Plaintiff's motion was originally -- and technically is still -- due. Therefore, the Court planned to partially accommodate Plaintiff's request in a manner meant to recognize that the Defendant should not be forced to suffer further delay. However,

since that time, Counsel have filed a Reply, Response, and Supplemental Reply, thus obviating the need for an expedited briefing schedule.  ECF Nos. 32, 33, 34.

Counsel for Plaintiff is reminded that Counsel has committed to the Court and may need to decline other cases -- criminal or civil -- based on this previous commitment.  As matters stand, the Defense filed a one-page Reply, dated August 7, 2015, which has become a purely extra expense to Defendant caused by Plaintiff's Counsel's failure to comply with the rules.  Counsel for Plaintiff is therefore ORDERED to SHOW CAUSE, in writing, within 7 days of the date of this order why it should not be sanctioned and/or required to pay the attorneys' fees connected directly with Defendant's extra expense.  However, dismissal of the case with prejudice seems to unfairly prejudice the Plaintiff (vice Plaintiff's Counsel).  Accordingly, requests by Defendant to dismiss or (if so construed) strike the opposition or underlying SAC as time-barred are denied.  Failure to meet future deadlines or future violations of the Civil Local Rules or Federal Rules of Civil Procedure without prior leave of the Court will result in further action from the Court.

The Court GRANTS IN PART, DENIES IN PART the motion for continuance, and OVERRULES the objection.  In so doing, the Court hereby retroactively grants permission to Plaintiff to file not later than August 9, 2015, the date on which an opposition was entered.  Defendant appears to have had an opportunity to respond to the Plaintiff's arguments.  But if in light of this order Defendant desires to revise and refile its Reply, it is GRANTED

LEAVE to do so within 3 days of the date of this order.  This permission should not be taken as a requirement.

    Upon initial review, the contents of this motion are likely appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).  Even so, the Court reserves its formal determination for August 25, 2015, to allow for review of any updated Reply and the response to the ORDER to SHOW CAUSE.

    IT IS SO ORDERED.

Dated: August 17, 2015  _____

                                        UNITED STATES DISTRICT JUDGE