IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>              Defendant. | Case No. 3:14-cv-5022 SC<br><br>ORDER TO SHOW CAUSE FOR <u>MOTION TO DISMISS</u> |

The Court has before it a motion to dismiss the case at bar, filed by Whole Foods Market California, Inc. ("Whole Foods" or "Defendant").  The motion is fully briefed,[1] and the Court has previously determined the matter is appropriate for decision without oral argument per Civil Local Rule 7-1(b).  <u>See</u> ECF No. 37 at 3.  The Court has all-but completed its Order on this motion, but finds itself in need of certain additional information.  While this information may not be in the complaint, the information will assist the Court in making a determination whether leave to amend is proper if dismissal is otherwise warranted.

The Court ORDERS Defendant to SHOW CAUSE, in writing: (1) why the Plaintiff was not permitted to shop at Whole Foods in Walnut Creek; (2) why Plaintiff was barred from every (or any) Whole Foods

---

[1] ECF Nos. 28 ("Mot."), 33 ("Opp'n"), 34 ("Reply").

store in the United States; (3) why a closed sign was placed in front of Plaintiff when she got to the front of the checkout-line; (3) why Plaintiff was refused service; (4) why Defendant called police; and (5) what information Defendant provided to police versus what action Defendant requested police take.  Defendant is ORDERED to file this information with the Court within 10 days of the date of this Order.  No hearing will be required; the Court shall take any information submitted under submission to be considered with the motion to dismiss.

IT IS SO ORDERED.

Dated: October 27, 2015                    _____

                                                 UNITED STATES DISTRICT JUDGE