```
Russell S. Humphrey  (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
TELEPHONE (209)625-8976
FACSIMILE (209)625-8673
E-MAIL: russell@humphreylawgroup.net
Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>WHOLE FOODS MARKET CALIFORNIA INC.,<br><br>        Defendant. | **3:14-cv-5022-ECM**<br><br>**PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE AMENDED COMPLAINT**<br>ORDER |

## INTRODUCTION

This is a civil rights matter for damages and injunctive relief for an incident that occurred at Defendant.

3:14-cv-5022
PLAINTIFFS' REQUEST

- 1 -

The complaint was filed on November 13, 2014. The first amended complaint was filed on March 20, 2015[1]. The second amended complaint was filed on June 26, 2015.

Defendant filed a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss on July 21, 2015.

On December 9, 2015 the Honorable Edward M. Chen granted Plaintiff's motion to dismiss without prejudice. (Dkt. 47). The detailed and well-written decision clearly laid out the court's decision as to each and every cause of action.

On December 10, 2015 the parties participated in a Status Conference before the Honorable Edward M. Chen. During the hearing Judge Chen asked Plaintiff's counsel whether or not his client wished to proceed with filing an amended complaint consistent with the court's ruling from December 9, 2015. At that time Plaintiff's counsel indicated he did not know how Plaintiff wished to proceed

Shortly after the court appearance, counsel for Plaintiff exchanged emails on the issues discussed in the court's ruling. However, at no point during the email exchange did Plaintiff and her counsel make a final decision on how to proceed.

---

[1] The complaint erroneously named a defendant with a similar name but not the desired and current defendant. Defendant's counsel notified plaintiff's counsel of the error and plaintiff immediately corrected the error and filed the first amended complaint.

3:14-cv-5022
PLAINTIFFS' REQUEST

- 2 -

On December 17, 2015 Plaintiff became violently ill. According to Plaintiff, on that day she became violently ill and suffered from a migraine headache, body aches and pain and fever.  Plaintiff suffered from nausea.  Initially, Plaintiff was very ill but she could engage in low-level daily functions. When Plaintiff's condition did not improve over time she was taken to the hospital on December 22, 2015.  Plaintiff's physician prescribed antibiotics and supplements to assist her immune system.  However, the medicine did not work.  In fact, Plaintiff became even more ill after taking the prescribed medication.

Beginning on December 22, 2015 Plaintiff was bedridden and unable to engage in any daily functions except the most basic. Plaintiff was bedridden for 5 days.  Plaintiff reports she did not get out of bed until December 27, 2015.

Because of Plaintiff's illness she has not met and conferred with counsel in two weeks.  Plaintiff did not respond to any of counsel's emails over the last several weeks. Plaintiff finally responded to counsel within the last two days. Plaintiff immediately reported to counsel she violently ill and was not in a position to respond to the emails.

Because of Plaintiff's illness Plaintiff and counsel have not had adequate time to discuss the issues and determine an

3:14-cv-5022
PLAINTIFFS' REQUEST

appropriate way to proceed.  According to Plaintiff because of her illness she has not had enough time to meet and confer with counsel to make an informed decision as to how to proceed.  Counsel agrees.

    Plaintiff understands this case is old and needs to be moved forward.  However, Plaintiff also believes Defendant would not suffer any prejudice with an additional two week extension.  On the other hand, Plaintiff would be severely prejudiced should the court not allow her adequate time to meet and confer with counsel.  Additionally, Plaintiff's request is through no fault of her own.

    Plaintiff requests an additional 2 weeks for her to respond.  Plaintiff requests the new date for the filing of an amended complaint be extended to January 13, 2016.

### CONCLUSION

    Based on the foregoing Plaintiff respectfully requests the court grant her request.

3:14-cv-5022
PLAINTIFFS' REQUEST

DATED: December 30, 2015 **HUMPHREY LAW GROUP**

                                                __/s/*Russell S. Humphrey*_____
                                                By: Russell S. Humphrey
                                                Attorney for Plaintiff

DECLARATION OF ATTORNEY RUSSELL S. HUMPHREY

I RUSSELL S. HUMPHREY declare as follows:

1. I am an attorney duly licensed to practice law in the highest court in the state of California and the United States District Court Northern District of California.
2. I am the attorney for Plaintiff Francisca Moralez in the case of Moralez v. Whole Foods, 3:14-cv-5022-EMC.
3. On December 9, 2015 the Honorable Edward M. Chen granted Defendant's motion to dismiss without prejudice. (Dkt. 47). The court's decision was detailed as to each and every cause of action.
4. On December 10, 2015 the parties appeared before Judge Chen for a Settlement Conference. At the conference Judge Chen asked me whether Ms. Moralez planned on filing an amended complaint consistent with the court's decision.

3:14-cv-5022
PLAINTIFFS' REQUEST

- 5 -

I responded although I read the court's decision I had not spoken with Plaintiff concerning it's content and how she would like to proceed.

5. Shortly after the court appearance on December 10, 2015, I exchanged emails with Plaintiff on the issues discussed in the court's ruling.  However, at no point during the email exchange did Plaintiff and I make any decisions on how to proceed.

6. On December 17, 2015 Plaintiff became violently ill. Plaintiff reported to me that on that day she became violently ill and suffered from a migraine headache, body aches and pain and fever.  Plaintiff suffered from nausea.  Initially, Plaintiff was very ill but she could engage in low-level daily functions.  When Plaintiff's condition did not improve over time she was taken to the hospital on December 22, 2015.  Plaintiff's physician prescribed antibiotics and supplements to assist her immune system.  However, the medicine did not work.  In fact, Plaintiff became even more ill after taking the prescribed medication.

7. Plaintiff further reported to me that beginning on December 22, 2015 Plaintiff was bedridden and unable to engage in **any** daily functions except the most basic. Plaintiff was

3:14-cv-5022
PLAINTIFFS' REQUEST

- 6 -

      bedridden for 5 days. Plaintiff reported she did not get out of bed until December 27, 2015.

8. Because of Plaintiff's illness she did not met and conferred with me for two weeks. Plaintiff did not respond to any of my emails over the last several weeks. Plaintiff finally responded to my emails within the last two days. Plaintiff immediately reported to me she violently ill and was not in a position to respond to the emails.

9. Because of Plaintiff's illness, and through no fault of her won, Plaintiff and I have not had adequate time to discuss the issues and determine an appropriate way to proceed.

10. According to Plaintiff because of her illness she has not had enough time to meet and confer with counsel to make an informed decision as to how to proceed.

11. Plaintiff would be irreparably harmed if the court denies her request.

I declare the foregoing is true and correct to the best of my knowledge under penalty of perjury.

3:14-cv-5022
PLAINTIFFS' REQUEST

- 7 -

```
                                        /s/ Russell S. Humphrey

                                        Russell S. Humphrey
                                        Attorney for Defendant


IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge
```

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

3:14-cv-5022
PLAINTIFFS' REQUEST