UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>    Defendant. | Case No. 14-cv-05022-EMC<br><br>**ORDER RE MARCH 3, 2016 HEARING** |

On January 25, 2016, Defendant Whole Foods filed a motion to dismiss, set for hearing on March 3, 2016. Docket No. 52. On March 1, 2016, two days before the hearing, Plaintiff's counsel for the first time informed the Court of his unavailability for March 3, 2016. The Court will not continue the hearing on the motion to dismiss; if Plaintiff's counsel chooses not to make an appearance at the hearing, the Court will take the matter under submission and rule on the papers.

**IT IS SO ORDERED**.

Dated: March 1, 2016

_____
EDWARD M. CHEN
United States District Judge